AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Louisiana

| | |
|---|---|
| ERIC VARNADO<br><br>*Plaintiff(s)*<br>v.<br>MORAN TOWING CORPORATION<br><br>*Defendant(s)* | Civil Action No. 20-2608 L(5) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* MORAN TOWING CORPORATION
Through Registered Agent
Corporation Service Company
501 Louisiana Avenue
Baton Rouge, LA 70802

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Timothy J. Young
The Young Firm
400 Poydras Street, Ste 2090
New Orleans, LA 70130

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: Sep 28 2020

Carol L. Michel
Name of clerk of court

Deputy clerk's signature

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* MORAN TOWING
was received by me on *(date)* 9-28-20.

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* —EMMA WALLACE— CORPORATION SERVICE COMPANY, who is designated by law to accept service of process on behalf of *(name of organization)* MORAN TOWING on *(date)* 9-29-20 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ 75 for travel and $ 125 for services, for a total of $ 20 0.00.

I declare under penalty of perjury that this information is true.

Date: 9-29-20

Server's signature

TROY MICELI   PRIVATE INVESTIGATOR
Printed name and title   0416-04 2793-LA

141 ROBERT E LEE # 259 NOLA 70124
Server's address

Additional information regarding attempted service, etc: